UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CAMPBELL,

      Plaintiff,                                    Case No. 16-cv-12922
                                             Hon. Matthew F. Leitman

v.

DANIEL MACK *et al.*.

      Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT DANIEL MACK'S MOTION TO STAY (ECF #10)

On December 19, 2016, the Court held a hearing on Defendant Daniel Mack's ("Mack") motion to stay this action pending the outcome of a related criminal complaint (the "Motion to Stay"). (*See* ECF #10.) For the reasons stated on the record at the hearing, the Motion to Stay is **GRANTED IN PART AND DENIED IN PART** as follows: There shall be no discovery directed towards Mack for a period of 60 days from the date of this Order. At the conclusion of this sixty-day period, the Court will hold a telephonic status conference with all counsel to revisit the status of discovery with respect to Mack. In all other respects, the Motion to Stay is denied.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: December 19, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2016, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (313) 234-5113