UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CAMPBELL,

    Plaintiff,                                  Case No. 16-cv-12922
                                               Hon. Matthew F. Leitman

v.

DANIEL MACK *et al.*,

    Defendants.

_____/

## ORDER EXTENDING STAY OF ALL DISCOVERY
## DIRECTED TOWARDS DEFENDANT DANIEL MACK

On December 19, 2016, the Court issued an Order staying all discovery directed towards Defendant Daniel Mack for a period of 60 days. (*See* ECF #19.) The Court extended the stay for an additional 30 days by written order dated February 23, 2017. (*See* ECF #27.) Since that time, the Court has informally continued the stay.

Through this Order, the Court formally stays all discovery directed towards Mack until **June 12, 2017**. This will be the final stay of discovery the Court will enter with respect to Mack unless state authorities charge Mack with a criminal offense. If Mack is so charged, the parties shall inform the Court, and the Court will consider whether an additional stay is necessary at that time. In all other respects, the parties shall continue to proceed with discovery.

    **IT IS SO ORDERED**.

                                               s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
Dated: May 11, 2017            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 11, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113