UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CAMPBELL,

        Plaintiff,                              Case No. 16-cv-12922
                                                   Hon. Matthew F. Leitman

v.

DANIEL MACK *et al.*.

        Defendants.
_____/

## ORDER (1) GRANTING PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE  (ECF #58) AND (2) ORDERING THIRD-PARTY K-9 ACADEMY TRAINING FACILITY TO SHOW CAUSE

On September 15, 2017, Plaintiff Kevin Campbell issued and served a document subpoena on third party K-9 Academy Training Facility. (*See* ECF #58-1.)  The subpoena required K-9 Academy to produce the requested documents on September 29, 2017. (*See id.*)  According to Campbell, K-9 Academy has not produced any documents in response to the subpoena.  (*See* ECF #58 at Pg. ID 461.)  Nor has K-9 Academy responded to the subpoena by, for example, filing a motion to quash with the Court.

On October 11, 2017, Campbell filed a motion for an order to show cause due to K-9 Academy's failure to respond to the subpoena. (*See* ECF #58.)  The Court **GRANTS** the motion as follows: By no later than **December 15, 2017**, K-9 Academy shall **SHOW CAUSE** in writing why it did not respond to the subpoena

1

and why the Court should not hold it in contempt due to its failure to respond. Campbell shall serve K-9 Academy with a copy of this Order by no later than **November 17, 2017**, and he shall file a proof of service with the Court after he effectuates such service.

      **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 14, 2017

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
