UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CAMPBELL,

    Plaintiff,

Case No. 16-cv-12922
Hon. Matthew F. Leitman

v.

DANIEL MACK, et al.,

    Defendants.

_____/

## **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY ORDERED** that Defendants K-9 Training Center and John Doe Police Officers, only, are voluntarily dismissed as parties without prejudice and without costs.

**IT IS SO ORDERED.**

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: August 7, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2018, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764

APPROVED AS TO FORM ONLY


s/David A. Robinson
David A. Robinson (P 38754)
Attorneys for the Plaintiff
28145 Greenfield Road, Suite 100
Southfield, Michigan 48076
(248) 423-7234
attyrobinson@davidarobinsonlaw.com