UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CAMPBELL,

    Plaintiff,

v.

DANIEL MACK *et al.,*

    Defendants.

Case No. 16-cv-12922
Hon. Matthew F. Leitman

_____/

# **<u>ORDER GRANTING DEFENDANTS' MOTION<br>TO STAY PENDING APPEAL (ECF #89)</u>**

On September 12, 2018, this Court issued an Opinion and Order in which it granted in part and denied in part Defendants' motion for summary judgment. (*See* Opinion and Order, ECF #85.) Defendant Daniel Mack has filed an interlocutory appeal of that decision with the United States Court of Appeals for the Sixth Circuit. (*See* Notice of Appeal, ECF #87.)

Defendants now ask the Court to stay this action pending the resolution of Mack's appeal. (*See* Mot. to Stay, ECF #89.) Counsel for Plaintiff Kevin Campbell has informed the Court that Campbell does not oppose Defendants' request, and the Court concludes that a stay is appropriate while Mack's appeal is pending.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion to stay (ECF #89) is **GRANTED** and this action shall be **STAYED** until further order of

this Court. The parties are further directed to contact the Court's case manager as soon as the Sixth Circuit issues a ruling on Mack's appeal.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 11, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 11, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764